

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00470-CR

Apolinar **RIVERA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CR-10462A
Honorable Joel Perez, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 29, 2025.

_____
Adrian A. Spears II, Justice